IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK COLUMBIA, SC

2024 FEB 20 PM 1: 15

BRANDON TURNER                    )  Civil Action No._____
_____ )
[Enter the full name of the plaintiff in this action]     (to be assigned by Clerk)
                                  )
                                  )
                                  )        COMPLAINT
v.                                )        State Prisoner
                                  )
Laurens city police department    )
Judge Terri Anderson of Laurens city )
                                  )
_____ )
                                  )
_____ )
                                  )
_____ )
                                  )
_____ )
Enter above the full name of defendant(s) in this action )

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?          Yes_____          No  X

B.  If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.  Parties to this previous lawsuit:

Plaintiff: _____

Defendant(s):_____

2.  Court:  _____
            (If federal court, name the district; if state court, name the county)

3.  Docket Number:  _____

4.  Name(s) of Judge(s) to whom case was assigned:  _____

5.  Disposition:  _____
            (For example, was the case dismissed?  Appealed?  Pending?)

6.  Approximate date of filing lawsuit:  _____

7.  Approximate date of disposition:  _____

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT

    A. Name of Prison/Jail/Institution: _Laurens County Jail_

    B. What are the issues that you are attempting to litigate in the above-captioned case? _I am being Co-conspired to commit malice upon me_

    C. (1) Is there a prisoner grievance procedure in this institution?  Yes_____  No_X_

       (2) Did you file a grievance concerning the claims you are raising in this matter?  Yes_____  No_X_

        When_____  Grievance Number (if available) _____

    D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?  Yes_____  No_X_

    E. When was the final agency/departmental/institutional answer or determination received by you? _____

    *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

    F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes_____  No_X_

    G. If your answer is YES:

       1. What steps did you take? _____

       2. What was the result? _____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

    A. Name of Plaintiff: _BRANDON TURNER_  Inmate No.: _162512_

       Address: _154 Templeton Road, Laurens, SC 29360_

    *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

    B. Name of Defendant: _Laurens police department_ Position: _____

       Place of Employment: _City of Laurens_

    C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

       _Terri Anderson, Laurens Municipal court, Judge_

Complaint - State Prisoner
Revised May 9, 2013

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Malice is being commited upon me to Unlawfully hold me in the detention center of Laurens county by Laurens city police department and Judge Terri Anderson. Laurens city police is also Slandering my name, by having me placed on fox carolina news as a member of the "Blood Money Gang" and violent danger to the community.

Complaint - State Prisoner
Revised May 9, 2013

V.   RELIEF

*State briefly and exactly what you want the court to do for you.*

40,000 U.S.D and Charges dismissed, for Slandering
40,000 U.S.D Mental anguish.
40,000 U.S.D pain and suffering.
A total of 120,000 U.S.D and Charges dismissed

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___13th___ day of ___Feb___, 20__24__.

_____
*Signature of Plaintiff*

Complaint - State Prisoner
Revised May 9, 2013